U.S. Western District Court

Kenneth R. Richard

-v-

Warden Jim Tute
Assist Warden Pam Torbor

RECEIVED
JUL 29 2019
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

Filed 7/28/19

Clerk

3:19-cv-0988 SEC P

## Civil Suit 42 U.S.C § 1983
## Complaint

Violation of U.S. Constitution 14th amendment. Violation Louisiana Const. La, R.S. 40:1664.1 La R.S. 40:1664.2(A) R.S. 37:2156.1 and 2156.2

On 07/02/19 plaintiff arrived at L.P.D.C Arise his civil complaint out of being expose to black mold from showers, direct ventilation breathing which have now causes him to cough and spit up fleem and blood with headache everyday.

plaintiff aver the canteen office Betty Harper who's over canteen and sales of product sold him several honey buns which he later found out were molded and out dated, after oserving an tainted taste in his mouth after eating one of them, he immediately returned the cakes by officer Beidruea to the canteen, whom then were sent more molded honey buns.

Plaintiff avers shortess of breath where mold and fungus are liable to be growing internal in his lungs which can cause cancer. Plaintiff avers mold are a silent killer and could have an effect on his life and health in the future.

Plaintiff had his mother to consult with an doctor, Doc stating the same systoms the plaintiff claim.

Plaintiff now bring complaint asking for relief of $1,350,000.00 dollars for punitive, Monetary, Comphensatory damage.

## Defendant

Defendant No 1. Warden Jim Tute who's employeed as head warden at L.P.D.C P.O. Box 2028 Ruston, La 71273 whom's is to secure all of My well being, and health which he failed to do so, knowningly that the facility is infested with black mold and failing to have the facility inside renew and wall install.

Defendant No 2. Assit warden Pam Torbor who's employeed as assistance warden at L.P.D.C P.O. Box 2028 Ruston, La 71273 whom is liable for not during her Job appropriately of not informing Medical to get plaintiff to hospital to have him check for ingrowing mold fungus in his body internal.
Therefore who are in consprincy with this crime that are going on at L.P.D.C