RECEIVED

SEP 2 4 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

KENNETH R. RICHARDS, JR.          PLAINTIFF
V.                        CASE NO: 3:19-CV-0988 see P
JIM TUTEN, ETAL           DEFENDANT'S

## A.

"AMEND COMPLAINT"
PRISONER CIVIL RIGHTS UNDER
42-U.S.C. § 1983

NOW INTO COURT COMES THE PLAINTIFF-KENNETH-R. RICHARDS, JR., ACTING PRO-SE AND IN PROPER-PERSON; "WHO PETITION'S THIS HONORABLE COURT"......; "WITH THIS AMEND COMPLAINT" "IN THE ABOVE STYLE CASE-3:19CV-0988"

AND WOULD SUBMIT'S AND AVERS "THE FOLLOWING" IN SUPPORT HEREIN TO WIT;

## B.

PLAINTIFF IS CURRENTLY INCARCERATED AT THE LPDC AT P.O. BOX-2028, RUSTON, LA-71270; SINCE 7-2-19;

## C.

PLAINTIFF IS SERVING A (1) YEAR SENTENCE-FOR A CRIME OF SIMPLE-BURGLAR" POSSESSION-CDS: IMPOSED BY 3RD JUDICIAL DISTRICT COURT-RUSTON, LA-71270: 7-2-19;

D.

## "STATEMENT OF CLAIM"

### 1.

ON ABOUT JULY 25 2019   AT ABOUT 4:45 A.M. HOURS I, KENNETH R. RICHARDS JR. WAS DENIED MEDICAL ATTENTION AND TREATMENTS, BY LPDC-MEDICAL STAFF AND SECURITY STAFF..... "WHEREAS I ....." RICHARDS" WAS COUGHING UP BLOOD AND WHITE FOAM BACTERIALS SUBSTANCE FEELING WEAK VERY LIGHT HEADED FEELING VERY SICK BREATHING ABNORMAL" SEE CIRCUMSTANCES AND DETAILS......"

### 2.

ON ABOUT JULY 25 2019   AT ABOUT 4:45 A.M.  I..... " RICHARDS AWAKENING FROM BEING SLEEP" I NOTICE THAT "I WAS FEELING VERY SICK" LIGHT HEADED" I STARTED COUGHING UP BLOOD, AND WHITE FOAM BACTERIALS "MY BREATHINGS WAS ABNORMAL....... "SEE EXHIBIT (#) SHOWER CURTAIN" BLACK MOLD ......" TAKEN BY PHONE CAMERA ON KIOSK"

### 3.

SO I GOT OUT OF MY BED-G.2.L.  AND WENT SET AT THE TABLE "10 MINUTES LATER NURSE WEVER BROUGHT THE MEDICINE SUPPLIES FOR INMATES"

### 4.

I, RICHARDS" INFORMED NURSE WEVER THAT? I'M COUGHING UP BLOOD AND WHITE FOAM BACTERIALS "FEELING VERY SICK, AND THAT" MY BREATHING IS ABNORMAL, ALSO I FILLED ANOTHER SICKCALL REQUEST "TO SEE DR. HEARN"

## D.

## "STATEMENT OF CLAIM"

**5.**

NURSE WEVER STATED TO I RICHARDS THAT? "YOU HAVE COMPLAINT ABOUT THE SAME THING MULTIPLES TIMES "YOU MIGHT SEE DR. HEARN TOMORROW ON 7-26-19, SO STOP WORRING ME" SEE: EXHIBIT'S, A, B, C:

**6.**

I RICHARDS INFORMED NURSE WEVER THAT? "I'VE BEEN SICK FROM EATING MOLDED HONEYBUNS, BREATHING MOLD AND FUNGUS" IN THE SHOWER AREA" AND SUFFERING FROM POOR VENTILATION ON G-POD, WHEREAS THERE IS MOLD AND FUNGUS" BY THE VENTS, ON THE WALLS "JUST ABOUT EVERYWHERE"

**7.**

I RICHARDS INFORMED NURSE WEVER THAT? "SINCE I'VE BEEN BACK TO LPDC? SINCE 7-2-19? I'VE BEEN EATING MOLDED HONEY BUNS..... FROM THE COMMISSARY" THATS OVER 3 WEEKS" THATS WHY I'M SICK....." CALL 911-PLEASE"

**8.**

NURSE WEVER INFORMED I RICHARDS THAT? "YOU DON'T LOOK SICK ENOUGH "FOR ME TO- DIAL 911 FOR AN AMBULANCE, SO YOU WILL NOT- SEE A DOCTOR TODAY......"

**9.**

I RICHARDS ASKED DEPUTY HARRISON "TO GET- SUPERVISOR DEVIN SKIPPER "TO COME TO- G-POD ..... "TO ADDRESS MY MEDICAL SITUATION"

## "D.
## STATEMENT OF CLAIM"

**10.**

DEPUTY HARRISON" INFORMED I RICHARDS THAT ? YOU KNOW THAT SKIP ISN'T COMING BACK HERE TO G-POD " TO SEE WHAT YOU WANT MR. RICHARDS, CAUSE WE ALL ABOUT TO GO HOME AT 6 — AND SKIP ISN'T ABOUT TO CALL NO AMBULANCE" CAUSE THAT WOULD "CAUSE SKIP TOO MUCH — EXTRA PAPERWORK....."

**11.**

BETWEEN JULY 12 2019 AND JULY 25, 2019 LPDC- DEPUTY "BOUDREAUX" ON SEVERAL OF OCCASIONAL'S" RETURNED ABOUT (5) JUMBO HONEY BUNS .... THAT WERE MOLDED "BACK TO COMMISSARY — DIRECTOR BETTY HARPER, AND ALL CONTAMINATED ITEMS WERE REPLACED AND RETURN BACK TO I RICHARDS, BY DEPUTY "BOUDREAUX"

**12.**

BETWEEN JULY 12 2019 AND JULY 25, 2019 ? I RICHARDS FILED (3) DIFFERENT GRIEVANCE TO WARDEN JIM TUTEN, DEPUTY WARDEN — PAM TORBOR AND MAJOR CHAD ALEXANDER " NO REPLY AS OF YET "

**13.**

ON 7-26-19 DR. PAMELA R. HEARN, M.D. "REFUSE- TO EXAMINE I RICHARDS CONCERNING THE — MOLD INCIDENT THAT OCCURRED BETWEEN — 7-12-19 AND 7-25-19....."



## D.

## "STATEMENT OF CLAIM"

## 14.

I RICHARDS ON 7-26-19 CONTACTED MY MOTHER- SHE CALL OR WENT TO THE SHERIFF OFFICE, AND TALK TO THE SHERIFF OR SOMEBODY AND LATER THAT MORNING, I RICHARDS- WERE TRANSPORTED TO E.A.-CONWAY IN MONROE:

## 15.

PLAINTIFF STATES THAT ? BETWEEN 7-12-19 AND- 7-25-19 ? HE WAS DENIED ADEQUATE MEDICAL- ATTENTION AND TREATMENTS BY THE BELOW mention INDIVIDUALS "BELOW PERTAINING BEING NEGLECTED- MEDICAL NEEDS FOR ILLNESSES: SEE ⟶

" LINCOLN PARISH POLICE JURY: " OVERSEER'S LPDC,

A. RANDY ROBERSON, PRESIDENT.
B. COURTNEY HALL, ADMINISTRATOR.
C. SKIP RUSSELL, CHAIRPERSON
AT 100-W. TEXAS AVE, COURTHOUSE, RUSTON LA-71270.

LPDC:
D. MIKE STONE, SHERIFF
E. WARDEN JIM TUTEN
F. DEP. WARDEN PAM TORBOR
G. MAJ. CHAD ALEXANDER
H. CAPT. RANDY WILLIAMS
I. DR. PAMELA R. HEARN, M.D.
J. DANIELLE WEVER, NURSE
K. DEP. DEVIN SKIPPER
L. BETTY HARPER, Commissary PERSONNEL
M. JENNIFER PLUNKETT, NURSE

ALL AT P.O. BOX-2028, RUSTON LA-71270.

# E.

## "RELIEFS SOUGHT"

1.) PLAINTIFF" REQUEST THAT ALL INDIVIDUAL- DEFENDANT'S? EACH PAY IN THERE OWN- OFFICIAL AND PRIVATE CAPACITIES OF?

$100,000.00 DOLLARS" FOR "MENTAL ANGUISH" WHEREAS PLAINTIFF HAD TO ENDURE - THROUGH OUT THIS PROCESS:

2.) PLAINTIFF" REQUEST THAT ALL INDIVIDUAL- DEFENDANT'S? EACH PAY IN THERE OWN- OFFICIAL AND PRIVATE CAPACITIES OF?

$50,000.00 DOLLARS" FOR PUNITIVE, MONETARY AND PERSONAL DAMAGES", WHEREAS PLAINTIFF HAD TO ENDURE - THROUGH OUT THIS PROCESS:

3.) PLAINTIFF" REQUEST COMPENSATION FROM- EACH INDIVIDUAL DEFENDANTS IN there- OWN OFFICIAL AND PRIVATE CAPACITIES FOR- VIOLATING PLAINTIFF CONSTITUTION RIGHTS- FOR MEDICAL NEGLIGENCE OF MEDICAL CARES- AND TREATMENTS" INWHICH INFLICTED - CRUEL AND UNUSUAL PUNISHMENT OF PAINS- AND SUFFERING" WHEREAS THE PLAINTIFF HAD- TO ENDURE THROUGH OUT THE PROCESS:

4.) PLAINTIFF" REQUEST ALL ATTORNEY FEE's- AND MEDICAL BILLS ARE PAYED BY ALL OF THE- DEFENDANTS IN THIS MATTER.



## F.

## "LAW"

1.) PLAINTIFF" HAS **AN** CONSTITUTION RIGHTS TO BE HEARD?

2.) PLAINTIFF" HAS **AN** CONST. RIGHTS TO COUNSEL?

3.) PLAINTIFF" HAS **AN** CONST. RIGHTS TO TRIAL BY JURY - IN COMMON LAWSUITS?

4.) PLAINTIFF" HAS **AN** CONST. RIGHTS PREVENTION OF - CRUEL OR UNUSUAL PUNISHMENTS?

5.) PLAINTIFF" HAS **AN** CONST. RIGHTS DUE PROCESS OF LAW?

6.) PLAINTIFF" HAS **AN** CONST. RIGHTS Life, Liberty, Property?

7.) PLAINTIFF" HAS **AN** CONST. RIGHTS EQUAL Protection - OF THE LAWS?

8.) PLAINTIFF" HAS **AN** CONST. RIGHTS WHERES NO State - CAN ABRIDGE OR ABOLISH?

PLAINTIFF" REQUEST THAT THIS matter IS GIVEN - AN EVIDENTUARY HEARING ACCORDINGLY TO LAW, AN JURY TRIAL IS REQUESTED:

PLAINTIFF" STATES THAT ALL DEFENDANT'S - "BY LAW DESERVE" TO BE ACCOUNTABLE ....." FOR THERE UNLAWFUL AND INTENTIONAL Actions - OF MEDICAL NEGLIGENCE IN VIOLATION OF OATH - OF OFFICE ▮▮ THEY PLEDGE TO ? TO SHOW DIGNITY, RESPECT FAIRNESS, INTEGRITY, REGARDLESS OF - CREED OR COLOR. ?DUE PROCESS MUST BE SERVED?

**8**

## G.

## "AFFIDAVIT"

I DO HERE AFFIRM THAT THE FACTS AND INFORMATIONS
CONTAINED IN THIS AMEND COMPLAINT ......"
IS TRUE AND CORRECT" TO THE BEST OF MY KNOWLEDGE
AND BELIEF UNDER PENALTY OF PERJURY UNDER LAW.

RESPECTfully SUBMITTED;

9/22/19          SIGNATURE,   *[signature]*

P. O. BOX-2028

RUSTON, LA-71270-

## "CONCLUSION"

DEAR CLERK. PLEASE BE ADVISE, THAT? I AM-
FORWARDING TO YOUR OFFICE AN (8) PAGE; ALONG-
WITH EXHIBIT'S ——→ A, B, C, D;
THE (8) PAGES IS CONSIST OF THE AMEND COMPLAINT-
CASE NUMBERED # 3:19CV-0988, JIM TUTEN, ET AL;
PROVIDE ME AN COPY OF RECEIPT ACKNOWLEDGMENT-
WITHIN (5) BUSINESS DAYS:

RESPECTfully SUBMITTED.

SIGNATURE:   *[signature]*

9/22/19

P. O. BOX-2028

RUSTON, LA-71270-