**Lincoln Parish Detention Center**

## Offender REQUEST Form

EXHIBIT # A

**Request Type:** (Circle)

Inmate Funds    Trustee    (Medical)    TWP

Classification    Property    Maintenance

Other: _____

Date: 7, 24, 2019                    Location: G-2

Offender Name: KENNETH R Richards JR          ID#: 3536

Request: I believe I have mod grown on the inside of my body I been caughing up some thick white substance I've ate 5 modies lorngbrenn until I recorg i it and efchanged The last been out

_Kenneth R. Richards_
**Inmate Signature**

**Response**

Date: 7, 24, 19

Deputy: DC3O Davis

Has been told multiple times he will see Dr on Friday

_[signature]_
**Deputy's Signature**

**Lincoln Parish Detention Center**

## Offender REQUEST Form

EXHIBIT #B

**Request Type:** (Circle)     Inmate Funds     Trustee     (Medical)     TWP

Classification     Property     Maintenance

Other: _____

Date: 7, 25, 2019                                      Location: G-2

Offender Name: KENNETH R. Richards JR                    ID#: 3536

Request: I need to see doctor I had family to ask family doctor bout me caughing up this white foam and he say its a sign of mod that it treatment I need to do r it can turn into cancer also still having pain in back jaw from the accident I had in transportation van on June 18

_____
**Inmate Signature**

**Response**

Date: 7 / /

Deputy: DC 30 Davi

Has been told multifles times he will see Dr on Friday!

_____
**Deputy's Signature**

```
######  ######                ######
#      #    #      #          ##
#           #           # #
#  ####   #####   #####      #
#    #  #                   #
#    #  #                   #
#####  #######          #####
```

*EXHIBIT # C*

36

Pick List for Inmate      3536          RICHARDS, KENNETH RAY

Received:        07/11/2019 05:14:45         Date:.....  07/11/2019
Order Date:      07/11/2019                  Page:.....           1
Order No.:       T90247647                   Location:  G.2-1
Current Balance:        37.95                From:.....  DOC

| Prod.# | Description | Price | Quan. | Picked | Tax | Extended |
|--------|-------------|-------|-------|--------|-----|----------|
| 50118 | Atomic Fireball | $ 1.95 | 1 | 1 | $ 0.00 | $ 1.95 |
| 52060 | CHEETOS HOT | $ 2.40 | 1 | 1 | $ 0.00 | $ 2.40 |
| 52570 | Tortilla Chips | $ 4.24 | 1 | 1 | $ 0.00 | $ 4.24 |
| 53000 | Mrs. Freshley's Jumbo Honey | $ 1.50 | 3 | 3 | $ 0.00 | $ 4.50 |
| 53025 | Mrs. Freshley's Buddy Bars | $ 3.60 | 1 | 1 | $ 0.00 | $ 3.60 |
| 54021 | Hot Dill Pickle Single | $ 1.55 | 0 | 0 | $ 0.00 | $ 0.00 |
| 54053 | Maruchan Chili Flavor | $ 0.55 | 5 | 5 | $ 0.00 | $ 2.75 |
| 54059 | Old Fashioned Foods Hot | $ 3.20 | 1 | 1 | $ 0.00 | $ 3.20 |
| 54286 | Jalapeno Cheese Spread | $ 2.56 | 0 | 0 | $ 0.00 | $ 0.00 |
| 54374 | Chili/W Beans | $ 3.45 | 1 | 1 | $ 0.00 | $ 3.45 |
| 54444 | Strawberry Creme Cookies | $ 1.00 | 2 | 2 | $ 0.00 | $ 2.00 |
| 51000 | 100% Colombian Freeze Dried | $ 4.20 | 1 | 1 | $ 0.00 | $ 4.20 |

                                    Taxable:.......      0.00
                                    Nontaxable:...     32.29
                                    Tax:..........      0.00
                                    Total:......       32.29

Delivered by Jailer  _____   Date  _____

Personnel of Lincoln Parish Detention, please deduct the sum
of $32.29 from my Inmate account:

Inmate signature:  _____



EXHIBIT #D