UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**KENNETH R. RICHARDS, JR.**         **CIVIL ACTION NO. 19-0988**

**SECTION P**
VS.
**JUDGE TERRY A. DOUGHTY**

**JIM TUTE, ET AL.**         **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Kenneth R. Richards, Jr.'s claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's request for an evidentiary hearing, [doc. # 10, p. 7], is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 18th day of December, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE